AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC.<br><br>*Plaintiff(s)*<br>v.<br>AM-PM INVESTMENTS 2, LLC D/B/A RE/MAX OCEAN PROPERTIES, ROBERT A. SCARMAZZO, MARGARET M. JORDAN, AMANDA C. FETSCHER, P.A. AND RITA SHAPIRO<br>*Defendant(s)* | Civil Action No. 9:16-cv-80679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AM-PM INVESTMENTS 2, LLC D/B/A REMAX OCEAN PROPERTIES
SERVE: Peter H. Martinsen
Registered Agent
14050 US Highway 1
Suite C
Juno Beach, FL  33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  04/28/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:16-cv-80679 |
| AM-PM INVESTMENTS 2, LLC D/B/A RE/MAX OCEAN PROPERTIES, ROBERT A. SCARMAZZO, MARGARET M. JORDAN, AMANDA C. FETSCHER, P.A. AND RITA SHAPIRO | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Amanda C. Fetscher, P.A.
Serve: Amanda C. Fetscher
Registered Agent
6 Oak Ridge Lane
Tequesta, FL  33469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   04/28/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC. <br><br> *Plaintiff(s)* <br> v. <br> AM-PM INVESTMENTS 2, LLC D/B/A RE/MAX OCEAN PROPERTIES, ROBERT A. SCARMAZZO, MARGARET M. JORDAN, AMANDA C. FETSCHER, P.A. AND RITA SHAPIRO <br> *Defendant(s)* | Civil Action No.  9:16-cv-80679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Margaret M. Jordan
2640 Lake Shore Drive #214
Riviera Beach, FL  33404


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date:   04/28/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  9:16-CV-80679 |
| AM-PM INVESTMENTS 2, LLC D/B/A RE/MAX OCEAN PROPERTIES, ROBERT A. SCARMAZZO, MARGARET M. JORDAN, AMANDA C. FETSCHER, P.A. AND RITA SHAPIRO | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert A. Scarmazzo
3920 N. Ocean Drive
Apartment 4B
West Palm Beach, FL  33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  04/28/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:16-cv-80679 |
| AM-PM INVESTMENTS 2, LLC D/B/A RE/MAX OCEAN PROPERTIES, ROBERT A. SCARMAZZO, MARGARET M. JORDAN, AMANDA C. FETSCHER, P.A. AND RITA SHAPIRO | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Rita Shapiro
607 Mainsail Circle
Jupiter, FL  33477


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joel B. Rothman, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 04/28/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts